Mark Ditton WSBA#45432
14900 Interurban Ave. S. #265
Seattle, WA 98168
(206) 674-4602

Attorney for Debtor

Judge: Honorable Brian D. Lynch
Chapter 13
Hearing Date: 5/8/2019
Hearing Time: 1:30 pm
Response Date: 5/1/2019
Hearing Location: Tacoma, WA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re: | Case No. 16-40760 BDL |
|---|---|
| Barbara Janine Duncan<br><br>Debtor(s). | NOTICE OF HEARING AND ATTORNEY'S APPLICATION FOR COMPENSATION IN A CHAPTER 13 CASE |

## **NOTICE OF HEARING**

TO:   Clerk of the United States Bankruptcy Court; and All parties in interest:

PLEASE TAKE NOTICE that an Application for Compensation in a Chapter 13 Case IS SET FOR HEARING as follows:

| **DATE OF HEARING** | **May 8, 2019** |
|---|---|
| **TIME** | **1:30pm** |
| **JUDGE** | **Hon. Brian D. Lynch** |
| **LOCATION** | **Union Station**<br>**1717 Pacific Ave.**<br>**Tacoma, WA 98402**<br>**Courtroom I** |
| **RESPONSE DUE** | **May 1, 2019** |

IF YOU OPPOSE the motion you must file your written response with the court clerk and deliver copies to the undersigned and all interested parties NOT LATER THAN THE RESPONSE DATE.  IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion,

GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

## **APPLICATION**,

Mark Ditton, attorney for the debtor(s), applies for additional fees and/or costs and expenses in the amount of $4,590.00

I certify under penalty of perjury that the following is true and correct:

1. This application includes amounts for:

    ☐ Pre-Confirmation compensation.

    ☐ Post-Confirmation compensation.

    ☒ Pre- and Post-Confirmation compensation.

2. The requested sum represents services rendered and / or costs and expenses incurred from 2/10/16 to 4/12/19, as set forth in the itemized time record attached pursuant to Local Rules W.D. Wash. Bankr. 2016-1(e)(3).

3. A plan

    ☒ was confirmed in this case on 6/24/16 (ECF Docket No._27_).

    ☐ has not been confirmed. If a plan has not been confirmed, I have attached an explanation of why I should be awarded compensation pre-confirmation.

4. This is my first application for compensation. I was previously awarded compensation as follows:

    $ on (ECF Docket No. _____)

    $ [amount] on [date] (ECF Docket No. _____)

    $ [amount] on [date] (ECF Docket No. _____)

    $ [amount] on [date] (ECF Docket No. _____)

    $ [amount] on [date] (ECF Docket No. _____)

5. The debtor(s) paid me $100 prior to filing.

6. If approved, the total approved compensation will be $4,590.00 (includes the amount debtor(s) paid me directly prior to filing this case, all compensation previously awarded and the compensation requested in this application).

7. If I was awarded the presumptive fee and this is my first application for compensation, the attached itemized time record includes all services I have provided for representation of the debtor(s) in any capacity whatsoever in connection with this case.

8. Allowance of the compensation requested in this application

    ☐ will require plan modification (e.g., the compensation makes the plan infeasible).

    ☒ will not require plan modification.

I REQUEST THAT:

1. The Court award the compensation requested.
2. The awarded compensation be allowed as an administrative expense under 11 U.S.C. § 503(b) and paid according to the confirmed plan or, if a plan is never confirmed, prior to dismissal or conversion (subject to applicable Trustee's fee).
3. Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 Trustee shall send undisbursed plan payments on hand to the debtor(s) in care of Applicant, if the Applicant is the debtor(s)' attorney at the time of dismissal or conversion.

A proposed order that conforms to Local Forms W.D. Wash. Bankr., Form 13-10 is attached.

DATE: __4/12/2019_____

/s/ Mark Ditton___
Mark Ditton WSB#45432
APPLICANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice and Application for Attorney Fees was served upon all Creditors and interested parties per the attached mailing matrix and any parties requesting special notice by sending a true, full and exact copy enclosed in a sealed envelope by regular postage, prepaid, U.S. Mail, or, where specified, electronically:

*Served electronically:*

Office of the U.S. Trustee;
Michael Malaier; case trustee

Notice and Attorney's Application for Compensation in a Chapter 13 Case
Local Forms W.D. Wash. Bankr., Form 13-9

Page 3
Eff. 12/15

Dated this 12th Day of April, 2019.

                                                    /s/Mark Ditton\_\_\_\_
Mark Ditton WSB#45432
14900 Interurban Ave. S. #265
Seattle, WA 98168
206-674-4602 (office)
866-241-4176 (fax)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-3<br>Case 16-40760-BDL<br>Western District of Washington<br>Tacoma<br>Fri Apr 12 15:30:58 PDT 2019 | Acs/Uheaa<br>501 Bleecker St<br>Utica, NY 13501-2401 | Audit And Adjustment<br>19401 40th Avenue West Ste 312<br>Lynnwood, WA 98036-5600 |
| Cap One<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Comenity Bank/Lnbryant<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 | Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Dfs/Webbk<br>12234 N Ih 35 Sb,Bldg B<br>Austin, TX 78753-1744 |
| Mark Ditton<br>Northwest Debt Relief Law Firm<br>14900 Interurban Ave. S. Suite 265<br>Seattle, WA 98168-4618 | Barbara Janine Duncan<br>6212 124th St. Ct. E.<br>Puyallup, WA 98373-8822 | (p)FIRST HORIZON HOME LOANS<br>6363 N STATE HWY 161<br>SUITE 300<br>IRVING TX 75038-2231 |
| First Tennessee Bank<br>1555 Lynnfield Rd<br>Memphis, TN 38119-7227 | General Revenue<br>PO box 495999<br>cincinnati, OH 45249-5999 | General Revenue Corporation<br>11100 US Parkway 234347042<br>Fishers, IN 46038 |
| General Revenue Corporation<br>11501 Northlake Drive<br>Cincinnati, OH 45249-1669 | Good To Go<br>310 Maple Park Ave. SE<br>PO Box 47300<br>Olympia, WA 98504-7300 | Good To Go<br>PO Box 300321<br>Seattle, WA 98103-9721 |
| Greenpoint Mortgage<br>7933 Preston Rd<br>Plano, TX 75024-2302 | Hsbc Bank<br>Po Box 9<br>Buffalo, NY 14240-0009 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kitsap Credit Union<br>155 Washington Ave<br>Bremerton, WA 98337-5606 | Michael G. Malaier<br>2122 Commerce Street<br>Tacoma, WA 98402-3002 | John Anthony McIntosh<br>Schweet Linde & Coulson<br>575 S Michigan Street<br>Seattle, WA 98108-3316 |
| Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 | Midland Funding LLC<br>Po Box 2011<br>Warren, MI 48090-2011 | James K Miersma<br>McCarthy Holthus<br>108 1st Ave S.<br>Suite 300<br>Seattle, WA 98104-2104 |
| Municipal Services Bureau<br>PO Box 16755<br>Austin, TX 78761-6755 | Municipal Services Bureau<br>PO Box 16755<br>Autsin, TX 78761-6755 | (p)ASCENDIUM EDUCATION SOLUTIONS   INC<br>PO BOX 8961<br>MADISON WI 53708-8961 |

| | | |
|---|---|---|
| Northwest Educ. Loan Assoc.<br>PO Box 9460<br>Wilkes Barre, PA 18773-9460 | Northwest Education Loan Association (NELA)<br>PO Box 8961<br>Madison WI 53708-8961 | (p)BANKRUPTCY LITIGATION DEPARTMENT<br>11100 USA PARKWAY E3149<br>FISHERS IN 46037-9203 |
| PUGET SOUND ENERGY<br>VENDOR COLLECTIONS DEPT-BOT-02G<br>PO BOX 97034<br>BELLEVUE, WA 98009-9734 | Pacific Northwest Coll<br>819 Pacific Ave<br>Tacoma, WA 98402-5209 | Pacific Northwest Collections<br>819 Pacific Ave<br>Tacoma, WA 98402-5209 |
| Porania LLC<br>c/o Biltmore Asset Management<br>24500 Center Ridge Rd Ste 472<br>Westlake, OH 44145-5605 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Puget Sound Collections<br>Attn:   Janice White<br>PO Box 3011<br>Tacoma, WA 98401-3011 | (p)PUGET SOUND COLLECTIONS<br>PO BOX 3011<br>TACOMA WA 98401-3011 | Puget Sound Energy<br>bot-01h<br>po box 91269<br>bellevue, WA 98009-9269 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Rentoncoll<br>Po Box 272<br>Renton, WA 98057-0272 | Syncb/Care Credit<br>C/O Po Box 965036<br>Orlando, FL 32896-0001 |
| Syncb/Mervyns<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Unique National Collec<br>119 E Maple St<br>Jeffersonville, IN 47130-3439 |
| United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Webbank/Gettington<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | Wells Fargo Bank, N.A.<br>RCO Legal, PS<br>c/o John A. McIntosh<br>13555 SE 36th St.<br>Suite 300<br>Bellevue, WA 98006-1489 |
| Wells Fargo Bank, N.A., dba Wells Fargo Deal<br>PO Box 19657<br>irvine, CA 92623-9657 | Wfds<br>Po Box 1697<br>Winterville, NC 28590-1697 | Wffinance<br>800 Walnut St<br>Des Moines, IA 50309-3504 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First Horizon Home Loa<br>4000 Horizon Way<br>Irving, TX 75063 | Navient Solutions, Inc. On Behalf of NELA<br>Attn: Bankruptcy Litigation Unit E3149<br>PO BOX 9430<br>Wilkes-Barre, PA 18873-9430 | Nw Ed Loan<br>190 Queen Anne Avenue N  Suite 300<br>Seattle, WA 98109 |

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Puget Sound Collections
PO Box 66995
TACOMA, WA 98464-6995

(d)Pugt Snd Col
Pob 66995
Tacoma, WA 98464


End of Label Matrix
Mailable recipients    53
Bypassed recipients     0
Total                  53